In the Matter of the Appointment of a Committee of the Person and Property of EUGENE ADLER, an Alleged Incompetent Person. DOROTHY KEITH, Appel-

lant. EUGENE ADLER et al., as Executors of SAMUEL W. ADLER, Deceased, et al., Respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.